**Order entered October 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00592-CR

**RICKY ALLEN DYISE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-54228-M**

## ORDER

Before the Court is appellant's October 5, 2020 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on November 20, 2020.

/s/    BILL PEDERSEN, III
         JUSTICE